■■■ CHARLES K. DI PASQUALE, Respondent-Appellant, v VICTOR N. FARLEY, as Administrator of the Estate of EDWARD F. McINNIS, Deceased, Appellant-Respondent. [782 NYS2d 386]—Appeal and cross appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered November 21, 2003. The order granted plaintiff's motion in part and set aside the jury verdict with respect to damages and granted a new trial on the issue of damages only unless the parties stipulate to damages in the amount of $48,500, and otherwise denied plaintiff's motion to set aside the jury verdict.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Gorski and Lawton, JJ.

■■■ AUDREY BRADBERRY, Appellant, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent. (Appeal No. 1.) [782 NYS2d 387]—Appeal from an order of the Supreme Court, Niagara County (Amy J. Fricano, J.), entered September 24, 2003. The order granted defendant's motion to dismiss the complaint in an action to recover damages for breach of contract.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (*see Roggio v Nationwide Mut. Ins. Co.*, 66 NY2d 260 [1985]; *Mack v State Farm Mut. Auto. Ins. Co.*, 251 AD2d 1083 [1998]; *Rockaway Blvd. Med. v Progressive Ins. Co.*, 2003 NY Slip Op 50938 [U]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski and Lawton, JJ.

■■■ In the Matter of Adoption of BRIANA B. JOHN D. et al., Respondents; ODIRI N.B., Appellant. [782 NYS2d 209]—Appeal from an order of the Surrogate's Court, Oneida County (John G. Ringrose, S.), entered September 27, 2002. The order determined that the consent of respondent to the adoption of the infant is not required and that respondent is not entitled to further notice regarding the adoption of the infant.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Surrogate's Court. Present—Pigott, Jr., P.J., Hurlbutt, Gorski and Lawton, JJ.